FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

10 OCT 25 PM 4:18

DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

JUDITH KAHN,

      Plaintiff,

-v-

PORTFOLIO RECOVERY
ASSOCIATES, LLC, STEVEN D.
FREDRICKSON, JUDITH S.
SCOTT, KEVIN P. STEVENSON,
WILLIAM BROPHEY AND DAVID
N. ROBERTS,

      Defendants.

_____/

Case No.:

8:10-CV-2399-T-26 TGW

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action -- including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

- Portfolio Recovery Associates, LLC
- Portfolio Recovery Associates, Inc.
- Burr & Forman LLP
- R. Frank Springfield, Esquire, Burr & Forman LLP

1869837 v1

- Christine I. Parrish, Esquire, Burr & Forman LLP
- Judith Kahn
- The Consumer Rights Law Group, PLLC
- James S. Giardina, Esquire, The Consumer Rights Law Group, PLLC
- Steven D. Fredrickson
- Judith S. Scott
- Kevin P. Stevenson
- William Brophey
- David N. Roberts

2.  The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

- None.

3.  The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

- Not applicable

4.  The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

- Not applicable

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated this 25th day of October, 2010.

Respectfully submitted,

*/s/ Christine Irwin Parrish*

John R. Chiles (FL Bar # 0012539)
R. Frank Springfield (FL Bar # 0010871)
Christine Irwin Parrish (FL Bar # 0014404)
BURR & FORMAN LLP
450 S. Orange Avenue, Suite 200
Orlando, Florida 32801
Telephone: (407) 244-0888
Facsimile: (407) 244-0889
jchiles@burr.com
fspringf@burr.com
cparrish@burr.com

Attorneys for Defendant
PORTFOLIO RECOVERY ASSOCIATES, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on the following by directing same to their office addresses through first-class, United States mail, postage prepaid, on this the 25th day of October, 2010:

James S. Giardina, Esq.
The Consumer Rights Law Group, PLLC
3802 Bay to Bay Blvd., Suite 11
Tampa, Florida 33629
(813) 413-5610

*/s/ Christine Irwin Parrish*