UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

**JUDITH KAHN**,

    Plaintiff,

v.                                      Case No.: 08:10-cv-02399-RAL-TGW

**PORTFOLIO RECOVERY ASSOCIATES, LLC,**
**STEVEN D. FREDRICKSON,**
**JUDITH S. SCOTT,**
**KEVIN P. STEVENSON,**
**WILLIAM BROPHEY AND**
**DAVID N. ROBERTS**,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT

Pursuant to Fed. R. Civ. P. 68, Plaintiff, JUDITH KAHN, gives notice of her acceptance of Defendant's Offer of Judgment served upon Plaintiff on November 3, 2010 and attached hereto as Exhibit "A".

Respectfully submitted this 19 day of November 2010.

                                      By: s/James S Giardina
                                      **James S. Giardina, Esq.**
                                      FBN: 0942421
                                      The Consumer Rights Law Group, PLLC
                                      3802 W Bay to Bay Blvd., Suite 11
                                      Tampa, FL 33629-6817
                                      Tel: 813-413-5610 (direct)
                                      Fax: 866-535-7199
                                      *Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

**JUDITH KAHN**,

    Plaintiff,

v.                                              Case No.: 08:10-cv-02399-RAL-TGW

**PORTFOLIO RECOVERY ASSOCIATES, LLC,
STEVEN D. FREDRICKSON,
JUDITH S. SCOTT,
KEVIN P. STEVENSON,
WILLIAM BROPHEY AND
DAVID N. ROBERTS**,

    Defendants.
_____/

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on November 19, 2010, I electronically filed the foregoing document, *Plaintiff's Notice Of Acceptance Of Defendant's Offer Of Judgment* with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this 18th day of November 2010 on Mr. John Robert Chiles, Esq., Attorney for Defendants, Burr & Forman, LLP, 420 N 20th Street, Suite 3400, Birmingham, Alabama 35203-5206, jchiles@burr.com, and Ms. Christine Irwin Parrish, Esq., Attorney for Defendants, Burr & Forman, LLP, 450 S Orange Ave., Suite 200, Orlando, Florida 32801, cparrish@burr.com, and Mr. Robert Franklin Springfield, Esq., Attorney for Defendants, Burr & Forman, LLP, 420 N 20th Street, Suite 3100, Birmingham, Alabama 35203-5206, fspringf@burr.com either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                By: s/James S Giardina
                                                  **James S. Giardina, Esq.**