

*results matter*

R. Frank Springfield
frank.springfield@burr.com
Direct Dial: (205) 458-5187
Direct Fax: (205) 244-5707

420 North 20th Street
Suite 3400
Birmingham, AL 35203

Office (205) 251-3000
Fax (205) 458-5100

BURR.COM

November 3, 2010

### VIA EMAIL, FACSIMILE & U.S. MAIL

James S. Giardina
The Consumer Rights Law Group, PLLC
3802 Bay to Bay Blvd., Suite 11
Tampa, FL 33629

**Re:** *Judith Kahn v. Portfolio Recovery Associates, Inc., et al.*
**In the United States District Court for the Middle District of Florida**
**Case No.: 8:10-cv-02399**

Dear James:

Please find enclosed *Defendant's Offer of Judgment* in the above-referenced matter.

Very truly yours,

R. Frank Springfield

RFS/sct
Enclosure

1796331 v1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JUDITH KAHN,

      Plaintiff,

-v-

PORTFOLIO RECOVERY
ASSOCIATES, LLC, STEVEN D.
FREDRICKSON, JUDITH S.
SCOTT, KEVIN P. STEVENSON,
WILLIAM BROPHEY AND DAVID
N. ROBERTS,

      Defendants.

Case No.: 8:10-cv-02399

_____/

## DEFENDANT'S OFFER OF JUDGMENT

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Portfolio Recovery Associates, LLC ("Defendant"), by and through its undersigned attorney, hereby submits this Offer of Judgment ("Offer"), which offers to allow judgment to be taken against it and in favor of Judith Kahn ("Plaintiff"), as follows:

1.    Judgment shall be entered against Defendant in the total amount of Ten Thousand and One Dollars 00/100 ($10,001.00), plus reasonable attorney's fees and costs relating to Plaintiff's claims against Defendant for alleged violations of the Fair Debt Collection Practices Act ("FDCPA") and the Florida Consumer Collection Practices Act ("FCCPA").

1873351 v1

2.  Any attorney's fees and costs recoverable by Plaintiff are separate and apart from and offered in addition to the total of $10,001.00.

3.  Any attorney's fees and costs recoverable by Plaintiff are to be fixed by the Court in accordance with applicable law if the parties cannot agree on an amount.

4.  This offer does not contemplate or affect Plaintiff's Telephone Consumer Protection Act claim, invasion of privacy by intrusion upon seclusion claim or intentional infliction of emotional distressor claim against Defendant.

        Respectfully submitted,

        */s/*

John R. Chiles (FL Bar # 0012539)
R. Frank Springfield (FL Bar # 0010871)
Christine Irwin Parrish (FL Bar # 0014404)
BURR & FORMAN LLP
450 S. Orange Avenue, Suite 200
Orlando, Florida 32801
Telephone: (407) 244-0888
Facsimile: (407) 244-0889
jchiles@burr.com
fspringf@burr.com
cparrish@burr.com

Attorneys for Defendant
PORTFOLIO RECOVERY ASSOCIATES, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served on the following by directing same to his office address via email, facsimile and first class, postage prepaid and properly addressed U.S. mail, on this the 3rd day of November, 2010:

James S. Giardina, Esq.
The Consumer Rights Law Group, PLLC
3802 Bay to Bay Blvd., Suite 11
Tampa, Florida 33629
(813) 413-5610

_____
Of Counsel