UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

JUDITH KAHN,

    Plaintiff,

v.                                                      Case No.: 08:10-cv-02399-RAL-TGW

PORTFOLIO RECOVERY ASSOCIATES, LLC,
STEVEN D. FREDRICKSON,
JUDITH S. SCOTT,
KEVIN P. STEVENSON,
WILLIAM BROPHEY AND
DAVID N. ROBERTS,

    Defendants.
_____/

## ORDER ON PLAINTIFF'S MOTION FOR ENTRY OF PARTIAL JUDGMENT AND PARTIAL JUDGMENT

THIS COURT having been presented Plaintiff's Motion for Entry of Partial Judgment (DE 14) and the Court having reviewed the record, and being otherwise fully advised in the premises, finds that Judgment should be entered against Defendant PORTFOLIO RECOVERY ASSOCIATES, LLC. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

a. Plaintiffs motion is *GRANTED*.

b. The Court enters Partial Judgment in favor of the Plaintiff, Judith Kahn, and against Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC, for Plaintiff's claims under Florida Statute § 559.77 *et seq.* ("FCCPA"), and the Federal Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et seq.* ("FDCPA") in the amount of $10,001.00 together

with interest thereon at the legal rate from the date of this Final Judgment, for all of which let execution issue; and

c. The Court reserves jurisdiction on the issue of Plaintiff's attorney's fees and costs.

**DONE AND ORDERED** in Tampa, the Middle District of Florida this ⎯22⎯ day of November, 2010.

```
_____
RICHARD A. LAZZARA,
UNITED STATES DISTRICT COURT JUDGE
```

Copies furnished to:

Mr. John Robert Chiles, Esq., *Attorney for Defendants*, Burr & Forman, LLP, 420 N 20th Street, Suite 3400, Birmingham, Alabama 35203-5206, jchiles@burr.com

Ms. Christine Irwin Parrish, Esq., *Attorney for Defendants*, Burr & Forman, LLP, 450 S Orange Ave., Suite 200, Orlando, Florida 32801, cparrish@burr.com

Mr. Robert Franklin Springfield, Esq., *Attorney for Defendants*, Burr & Forman, LLP, 420 N 20th Street, Suite 3100, Birmingham, Alabama 35203-5206, fspringf@burr.com

Mr. James S. Giardina, Esq., *Attorney for Plaintiff*, The Consumer Rights Law Group, 3802 W Bay top Bay Blvd, Suite 11, Tampa, FL 33629, JamesG@GiardinaLaw.com