UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JUDITH KAHN,

    Plaintiff,

v.                                                                                          CASE NO: 8:10-cv-2399-T-26-TGW

PORTFOLIO RECOVERY ASSOCIATES, LLC,
STEVEN D. FREDRICKSON, JUDITH S. SCOTT,
KEVIN P. STEVENSON, WILLIAM BROPHEY,
and DAVID N. ROBERTS,

    Defendants.
_____/

**O R D E R**

    Upon due consideration, it is ordered and adjudged that Plaintiff's Unopposed Motion for Enlargement of Time (Dkt. 15) is granted. Plaintiff shall file an amended complaint on or before December 3, 2010. Because Plaintiff will be filing an amended complaint, Defendant Portfolio Recovery Associates, LLC's Motion for Judgment on the Pleadings (Dkt. 7) is denied as moot and without prejudice to being renewed in response to Plaintiff's amended complaint. Defendant Portfolio Recovery Associates, LLC shall file its response to Plaintiff's amended complaint within ten (10) days of service. Plaintiff's counsel is cautioned regarding filing a motion for extension of a Court deadline on the very day the deadline expires.

    **DONE AND ORDERED** at Tampa, Florida, on November 22, 2010.

                                  s/*Richard A. Lazzara*
                                **RICHARD A. LAZZARA**
                                **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record