# EXHIBIT "A"

# Judith S. Kahn

3142 68th Terrace South
St. Petersburg, Florida 33712

Phone: (727) 867-7110
email: jkahn44@tampabay.rr.com

August 18, 2008

Portfolio Recovery Associates, LLC
P.O. Box 12914
Norfolk, VA 23541

RE: BFH666M020001240
and/or any additional accounts in
my name held by you.

Dear Sirs:

    Please accept this as my **demand** that you immediately cease and desist from calling my home. Apparently, your computer is set to call me at least twice daily, each and every day, seven days per week.

1. I do not accept or reply to telephone messages delivered by computer;

2. I am not well having suffered a brain injury plus multiple strokes and your constant calls are having a deleterious effect on my health;

3. My husband has recently had a liver transplant and requires rest and quiet which is disturbed by these calls;

4. You have my address and are welcome to spend your time and money sending me letters (to which I shall not reply and which I shall dispose of without opening); and

5. Both my husband and I are barely managing to survive on disability and are unable to pay the amounts owed and will remain unable to do so for the foreseeable future.

    As you can see, not only are you disturbing the essential peace and quiet of my home, you are also wasting both your time and money as, were I able and/or willing to pay this amount, I would already have done so.

    Further, I am on Medicare with a State Farm supplement policy. As I have



PLAINTIFF'S
EXHIBIT
A

explained to your representatives on several occasions, Bayfront Medical Center is well aware of this. The fact that they did not submit the billing to the correct source in a timely manner is neither my fault nor my responsibility.

Further, they are the facility which caused my brain injury and I am not at all inclined to pay them for the pain and suffering as well as the devastating personal and professional losses which they have caused me. They are lucky that I am not inclined to sue them and let them support me in a style to which I would love to become accustomed (out of which funds I would still not pay them due to the reasons noted above).

Thank you for your anticipated prompt, reasonable and complete response to this letter.

Sincerely,


Judith S. Kahn