UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

**JUDITH KAHN,**

                Plaintiff,

v.                                          Case No.: 08:10-cv-02399-RAL-TGW

**PORTFOLIO RECOVERY
ASSOCIATES, LLC,
STEVEN D. FREDRICKSON,
JUDITH S. SCOTT,
KEVIN P. STEVENSON,
WILLIAM BROPHEY, AND
DAVID N. ROBERTS,**

                Defendants.
_____/

## **PLAINTIFF'S MOTION FOR AWARD OF COSTS AND ATTORNEY'S FEES**

      **COMES NOW,** Plaintiff, Judith Kahn, and her undersigned attorney, and moves the Court for an Order that Defendants, Portfolio Recovery Associates, LLC, (hereinafter "Defendant"), pay to Plaintiff an award of costs, litigation expenses, and attorney's fees for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA") and the Florida Consumer Collection Practices Act, §559.55 *et seq*. ("FCCPA"), and in support thereof states as follows:

      1.     On October 26, 2009, Plaintiff filed her Complaint (DE 2) in the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, case number 09-027090, and filed her Amended Complaint (DE 3) on October 6, 2010, alleging, that Defendants violated the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA") and the Florida Consumer Collection Practices Act, Fla. Stat.

§559.55 *et seq*. ("FCCPA") as well as other causes of action stemming from Defendant's violation of the FDCPA and FCCPA, including the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* ("TCPA"), Invasion of Privacy, and Intentional Infliction of Emotional Distress.

2. On October 25, 2010, Defendant Portfolio Recovery Associates, LLC filed its Notice of Removal (DE 1) to the United States District Court, Middle District of Florida, identified at Case No. 08:10-cv-02399. (DE 1).

3. On November 3, 2010, Defendant served Plaintiff with its Offer of Judgment for $10,001.00, plus reasonable attorney's fees for Plaintiff's alleged violations of the Fair Debt Collection Practices Act and the Florida Consumer Collection Practices Act. (attachment 1 to DE 13)

4. On November 19, 2010, Plaintiff filed her Notice of Acceptance of Offer of Judgment. (DE 13).

5. On November 22, 2010, the Court entered Partial Judgment in favor of Plaintiff, awarding $10,001.00 to Plaintiff and reserving jurisdiction on the matter of Plaintiff attorney fees and costs. (DE 19)

6. Accordingly, Plaintiff is prevailing party and her recovery was excellent. She recovered the maximum amount of statutory damages permitted by law with respect to the FDCPA and FCCPA of 1,000 for each Act plus $8,001.00 in actual damages.

7. Plaintiff herein was at all times represented by James S. Giardina.

8. Plaintiff's attorney James S. Giardina has expended a total of 67.9 hours on

behalf of Plaintiff.  See Declaration of James S. Giardina in Support of Plaintiff's Motion for Award of Costs and Attorney's Fees, accompanying this Motion. An itemized account is contained in the Declaration of James S. Giardina in Support of Plaintiff's Motion for Award of Costs and Attorneys' Fees.

     9.     The hourly rate for the services provided by James S. Giardina is $250.00 per hour. See Declaration of James S. Giardina in Support of Plaintiff's Motion for Award of Costs and Attorney's Fees, accompanying this Motion.

     10.     The total lodestar calculation for the services of James S. Giardina in this matter is $16,975.00 (67.9 hours x $250/hour for a total of $ 16,975.00).

     11.     Mr. Giardina incurred costs and litigation expenses of $634.75 in prosecution of this matter. See Declaration of James S. Giardina in Support of Plaintiff's Motion for Award of Costs and Attorneys' Fees.

     12.     Plaintiff will submit a supplemental Declaration after the completion of briefing on this motion, detailing the additional time and costs expended on litigation of this motion, because a prevailing Plaintiff is entitled to attorney fees and costs incurred in the litigation of this Motion for Attorney Fees and Costs under the FDCPA and FCCPA.

     13.     This Motion is further supported by the accompanying Memorandum of Law and Points of Authorities and Declarations submitted with this Motion.

     **WHEREFORE**, Plaintiff respectfully requests that this Honorable Court award reasonable attorney fees for the services of Plaintiff's counsel in the amount of $16,975.00 and costs of $ 634.75 for a total of $ 17,959.75.  Plaintiff further requests costs

and attorney fees for the time expended litigating this motion.

## **CERTIFICATE OF GOOD FAITH**

Pursuant to M.D. Fla. L.R. 3.01(g), the undersigned attorney certifies that he has conferred with opposing counsel in a good faith effort to agree on the resolution of the matters addressed in this motion. Opposing counsel agrees that Plaintiff is entitled to Attorney's fees and costs, but disagrees with the total amount of fees.

Respectfully submitted this 6 day of December, 2010, at Tampa, Florida.

        By:    s/James S. Giardina
                 JAMES S. GIARDINA

                 JAMES S. GIARDINA, ESQ.
                 *Attorney for Plaintiff*
                 The Consumer Rights Law Group, PLLC
                 3802 W Bay to Bay Blvd., Suite 11
                 Tampa, FL 33629-6817
                 Telephone (813) 413-5610 (direct)
                 Facsimile (866) 535-7199

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on December 6, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this 18th day of November 2010 on Mr. John Robert Chiles, Esq., Attorney for Defendants, Burr & Forman, LLP, 420 N 20th Street, Suite 3400, Birmingham, Alabama 35203-5206, jchiles@burr.com, and Ms. Christine Irwin Parrish, Esq., Attorney for Defendants, Burr & Forman, LLP, 450 S Orange Ave., Suite 200, Orlando, Florida 32801, cparrish@burr.com, and Mr. Robert Franklin Springfield, Esq., Attorney for Defendants, Burr & Forman, LLP, 420 N 20th Street, Suite 3100, Birmingham, Alabama 35203-5206, fspringf@burr.com either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:  s/James S Giardina
 **James S. Giardina, Esq.**