IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JUDITH S. KAHN AND STEVEN A. ROSEN,

    Plaintiffs,

-V-                              CASE NO.: 8:10-CV-02399-RAL-TGW

PORTFOLIO RECOVERY ASSOCIATES, LLC,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

**COMES NOW** defendant Portfolio Recovery Associates, LLC ("Defendant"), by and through its undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached as to all issues between plaintiffs Judith S. Kahn and Steven A. Rosen ("Plaintiffs") and Defendant.

Plaintiffs and Defendant expect to consummate the settlement and file a joint stipulation of dismissal with prejudice within the next thirty (30) days. Defendant, therefore, requests that this Honorable Court vacate all dates currently set on the calendar for the present matter.

Respectfully submitted this the 4th day of November, 2011.

                                        *s/R. Frank Springfield*
                                        John R. Chiles (FL Bar # 0012539)
                                        R. Frank Springfield (FL Bar # 0010871)
                                        Christine Irwin Parrish (FL Bar # 0014404)
                                        Matthew T. Mitchell (FL Bar #00183190
                                        BURR & FORMAN LLP
                                        450 S. Orange Avenue, Suite 200
                                        Orlando, Florida 32801

1958359 v1

Telephone: (407) 244-0888
Facsimile: (407) 244-0889
jchiles@burr.com
fspringf@burr.com
cparrish@burr.com

Attorneys for Defendant
PORTFOLIO RECOVERY ASSOCIATES, LLC

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on this the 4th day of November, 2011:

James S. Giardina, Esq.
The Consumer Rights Law Group, PLLC
3104 West Waters Avenue, Suite 200
Tampa, FL 33614-2877

Donald A. Yarbrough
Post Office Box 11842
Ft. Lauderdale, FL 33339


*s/ R. Frank Springfield*
OF COUNSEL